JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL CALERO-LOAISIGA,<br>Plaintiff,<br>v.<br>FERETI SEMAIA et al.,<br>Defendants. | Case No. 5:26-cv-03763-SB-AS<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order entered this date, it is ordered that Petitioner Leonel Calero-Loaisiga's habeas petition is denied.

This is a final judgment.

Date: September 17, 2026

Stanley Blumenfeld, Jr.
United States District Judge